Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: asorenson@swlaw.com
　　　　kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERDEC M. ANGELO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; DELL FINANCIAL SERVICES; CITIMORTGAGE, INC.; and EXPERIAN INFORMATION SERVICES, INC.<br><br>　　　　　　　Defendants. | CASE NO. 2:15-cv-01647-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Merdec M. Angelo, by and through the attorneys Haines & Krieger, LLC, and Defendant Wells Fargo Home Mortgage ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to Answer the Plaintiff's Complaint.

　　　　WHEREAS, August 26, 2015, Plaintiff filed her Complaint;

　　　　WHEREAS, the Summons was served on Defendant on September 1, 2015, making its response due September 22, 2015;

　　　　WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Complaint to consider potential resolution of this matter;

　　　　WHEREAS this request is not made for purposes of delay and is supported by good cause;

　　　　NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS

HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

  1. Wells Fargo will file its Answer to Plaintiff's Complaint on or before October 22, 2015.

**IT IS SO STIPULATED.**

DATED this 17th day of September, 2015.   DATED this 17th day of September, 2015.

HAINES & KRIEGER, LLC       SNELL & WILMER L.L.P.

By: /s/ David Krieger         By: /s/ Karl O. Riley
 David Krieger           Amy F. Sorenson, Esq.
 Nevada Bar No. 9086        Nevada Bar No. 12495
 8985 S. Eastern Avenue       Karl O. Riley, Esq.
 Henderson, NV 89123        Nevada Bar No. 12077
 Tel: (702) 880-5554         3883 Howard Hughes Parkway, Suite 1100
                   Las Vegas, Nevada 89169
 *Attorneys for Plaintiff*        Tel: (702) 784-5200
                   *Attorneys for Defendant Wells Fargo*
                   *Home Mortgage*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo shall file its Answer to Plaintiff's Complaint on or before October 22, 2015.

**IT IS SO ORDERED.**

DATED: September 21, 2015.

                   UNITED STATES MAGISTRATE JUDGE

22559745.1