Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
         kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERDEC M. ANGELO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; DELL FINANCIAL SERVICES; CITIMORTGAGE, INC.; and EXPERIAN INFORMATION SERVICES, INC.,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-01647-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO WITHOUT PREJUDICE** |

It is hereby stipulated by and between Plaintiff Merdec Angelo ("Angelo"), through his attorney David Krieger, and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. Defendant Wells Fargo shall be dismissed from this case, without prejudice;

2. Those parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 3rd day of March, 2016.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of March, 2016 | DATED this 3rd day of March, 2016. |
| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
| By: /s/ David Krieger<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br>Tel: (702) 880-5554<br><br>*Attorneys for Plaintiff* | By: /s/ Karl O. Riley<br>Jeffrey Willis, Esq.<br>Nevada Bar No. 4797<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: (702) 784-5200<br>*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage* |

**ORDER**

**IT IS ORDERED THAT** Defendant Wells Fargo Home Mortgage is dismissed from this action, without prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED March ____4____, 2016.

23626654.1

- 2 -