David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Merdec M. Angelo,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, DELL FINANCIAL SERVICES, CITIMORTGAGE, INC., AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01647-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　Plaintiff Merdec M. Angelo and Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: March 9, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/Bob L. Olson, Esq.<br>Snell & Wilmer, LLP<br>*Attorney for Defendant Experian* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2016